

ENTERED
06/20/2017

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NUMBER: |
| | § | |
| HUGH P. SHANNONHOUSE | § | 15-32481 (DRJ) |
| | § | (Chapter 11) |
| DEBTOR | § | |

## AGREED FINAL DECREE
(Docket No. 103)

The estate of the above-named Debtor has been fully administered.

NOW THEREFORE, the parties hereby stipulate and good cause appearing for the entry of this Agreed Final Decree, it is hereby

**ORDERED** that:

(1) The chapter 11 bankruptcy case of the above-named debtor is hereby **CLOSED**.

(2) The Debtor within fourteen (14) days of the date of entry of this Agreed Final Decree shall file with the Clerk of the United States Bankruptcy Court a statement of any disbursements made during each calendar quarter and of any fees payable under 28 U.S.C. § 1930(a)(6) for that quarter from January 1, 2016 through the date of entry of this Agreed Final Decree, and shall serve a true and correct copy of said statements on the United States Trustee.

(3) The Debtor within fourteen (14) days of the date of entry of this Agreed Final Decree shall pay the appropriate sum of quarterly fees due and payable under 28 U.S.C. § 1930(a)(6) by remitting payment to the United States Trustee Payment Center, P. O. Box 530202, Atlanta, Georgia, 30353-0202, and shall furnish evidence of such payment to the United States Trustee, 515 Rusk, Suite 3516, Houston, Texas. The payment shall reflect the Debtor's account number and shall be transmitted with a "Chapter 11 Quarterly Disbursement and Fee Report" available from the United States Trustee. This Court shall retain jurisdiction to enforce payment of fees assessed under 28 U.S.C. § 1930(a)(6).

Signed:  June 20, 2017.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

AGREED TO AS TO FORM AND SUBSTANCE:

JUDY A. ROBBINS
UNITED STATES TRUSTEE

By:     /s/ Hector Duran
        Hector Duran
        Trial Attorney
        Texas Bar No. 00783996/Fed. I.D. No. 15243
        515 Rusk, Suite 3516
        Houston, Texas  77002
        Telephone:  (713) 718-4650 x 241
        Fax:    (713) 718-4670

COUNSEL FOR THE UNITED STATES TRUSTEE

LAW OFFICE OF NELSON M. JONES III

By:     /s/ Nelson M. Jones III w/permission by Hector Duran
        Nelson M. Jones III
        Texas Bar No. 10973400
        440 Louisiana, Suite 1575
        Houston, TX  77002
        Telephone:  (713) 236-8990

COUNSEL FOR DEBTOR